**THE HONORABLE JOHN C. COUGHENOUR**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BRIAN R. CARTMELL, in his capacity as attorney-in-fact and agent acting on behalf of the shareholder REPRESENTATIVE for the former eNIC Corporation shareholders,<br><br>Plaintiff,<br><br>vs.<br><br>VERISIGN, INC., a Delaware corporation,<br><br>Defendant. | NO. CV02-2411C<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

WHEREAS, the former shareholders of eNIC Corporation, by and through their shareholder Representative, wish to file the proposed First Amended Complaint which is attached to this stipulation as Exhibit A;

WHEREAS, the claims Brian Cartmell brought in the original complaint, personally as an individual (but not as the shareholder Representative), are moot, and accordingly those claims should be dismissed, but not any claims he may have by virtue of being a former shareholder of eNIC Corporation; and

///

///

1  WHEREAS, defendant Verisign, Inc. consents to the foregoing subject to the
2  condition that VeriSign may respond without limitation to the proposed Amended
3  Complaint including, inter alia, by answer, counterclaim, or affirmative defense.

5  DATED this ____ day of July, 2005.

7  **NEWMAN & NEWMAN,**            **LANE POWELL PC**
   **ATTORNEYS AT LAW, LLP**

10 By: <u>Derek A. Newman</u>      By: <u>/ s / with permission</u>
   Derek A. Newman, 26967        John R. Neeleman, 19752
   Roger M. Townsend, 25525      Gwendolyn C. Payton, 26752
11 Attorneys for Plaintiffs           Attorneys for Defendants

13 **ORDER**

14 Based upon the stipulation of the parties, the Court hereby ORDERS:

15 1. The former shareholders of eNIC Corporation, by and through their
16 shareholder Representative, may file a First Amended Complaint.

17 2. Brian Cartmell's claims against Defendant brought on his own behalf, but
18 not any claims brought as the Shareholder Representative, are hereby dismissed without
19 prejudice, and without costs or fees to any party. Nothing contained in this stipulation or
20 order is intended to affect Mr. Cartmell's rights or claims as shareholder Representative,
21 nor any rights or claims he may have by virtue of being a former shareholder of eNIC
22 Corporation.

23 3. VeriSign may respond without limitation to the proposed Amended
24 Complaint including, inter alia, by answer, counterclaim, or affirmative defense.

25 Dated this __9th_ day of August, 2005.

UNITED STATES DISTRICT JUDGE